UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSHUA A. DIEMERT, an individual,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY OF SEATTLE, a municipal Corporation,<br><br>Defendant - Appellee. | No. 25-1188<br><br>D.C. No.<br>2:22-cv-01640-JNW<br>Western District of Washington, Seattle<br><br>ORDER |

Before: Mary H. Murguia, Chief Judge, and William A. Fletcher and Lucy H. Koh, Circuit Judges.

The parties are directed to file supplemental briefs addressing Diemert's equal protection claim. Specifically, the parties shall address (1) whether Diemert has Article III standing to pursue his equal protection claim, and (2) whether there is a genuine dispute of fact as to whether the City classified employees based on race in light of the evidence in the summary judgment record, including, but not limited to, the following evidence: **5-ER-1002–03** (training designed for white employees); **2-ER-294** (same); **2-ER-295–96** (identifying employees who can or should attend trainings based on race); **4-ER-770-71** (suggesting that Diemert could not attend a training designed for employees who were persons of color); **2-ER-298** (suggesting that employees who identified as white or Caucasian were asked to remove

themselves from a training designed for employees who were persons of color); **2-ER-300** (suggesting that employees attend affinity groups aligned with their race).

These supplemental briefs shall be no longer than 5,600 words and shall be filed no later than seven days after entry of this order. Any party may file a responsive brief within seven days after the opposing party's supplemental brief is filed. Any such responsive brief shall be no longer than 4,200 words.